# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Southern Division)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WALTER D. WAGNER | ) ) |
| and | ) ) |
| ALEXANDER J. OSBORN, | ) ) |
| Defendants. | ) |

Case No. 8:14-cv-01036-PJM

## DEFENDANT ALEXANDER J. OSBORN'S MOTION FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Alexander J. Osborn ("Defendant"), by and through undersigned counsel, hereby moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order extending the time to answer or otherwise respond to the Securities and Exchange Commission's ("Plaintiff") complaint in the present matter. In support of this motion, Defendant respectfully shows the Court that:

1. Plaintiff filed its Complaint For Injunctive And Other Relief (the "Complaint") on April 3, 2014.

2. The current deadline for Defendant to respond to the Complaint is November 1, 2019.

3. Defendant communicated a settlement proposal to Plaintiff in 2017, which proposal was under consideration by Plaintiff until July of this year. At the time of this filing,

    Defendant and the Commission are continuing to engage in settlement negotiations. In order to allow additional time for these continued discussions to progress, the parties respectfully request that the Court grant another extension of three months for Defendant to answer Plaintiff's Complaint.

4. Defendant therefore respectfully requests an additional extension until February 3, 2020, to file an answer or otherwise respond to the Complaint.

5. Plaintiff does not object to the extension of time requested by Defendant.

WHEREFORE, Defendant respectfully requests the Court to enter an order extending the time for Alexander J. Osborn to serve any response to Plaintiff's Complaint permitted by the Federal Rules of Civil Procedure through and including February 3, 2020.

Respectfully submitted this 30th day of October, 2019.

                */s/ Stephen R. Spivack*

                Stephen R. Spivack (Bar No. 07353)
                BRADLEY ARANT BOULT CUMMINGS LLP
                1615 L Street N.W., Suite 1350
                Washington, D.C. 20036
                P (202) 719-8234
                F (202) 719-8334
                sspivack@bradley.com

                *Counsel for Alexander J. Osborn*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion has been electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**Madison G. Loomis**
Securities and Exchange Commission
950 E Paces Ferry Rd
Ste 900
Atlanta, GA 30326

**Paul Kim**
Securities and Exchange Commission
950 E Paces Ferry Rd
Ste 900
Atlanta, GA 30326

**Cary M. Feldman**
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, N.W.
4th Floor
Washington, DC 20036

**Matthew John Hoefling**
McGuireWoods LLP
201 N Tryon St
Charlotte, NC 28202

Respectfully submitted this 30th day of October, 2019.

*/s/ Stephen R. Spivack*

Stephen R. Spivack (Bar No. 07353)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8234
F (202) 719-8334
sspivack@bradley.com

*Counsel for Alexander J. Osborn*