UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:     Counsel of Record

From:   Judge Peter J. Messitte

Re:     <u>Securities and Exchange Commission v. Wagner, et al.</u>
        Civil No. 14-1036 PJM

Date:   March 3, 2022

\*\*\*\*\*\*\*\*

In reviewing open cases, the Court notes that the Complaint in this case was filed on April 3, 2014, going on eight years ago. The Court cannot understand why this case has been open for so long, characterized by many motions for extension of time.

The Court is not prepared to enter an order to show cause at this juncture, but the parties **SHALL** submit, by no later than **March 31, 2022,** a joint report as to the status of the proceedings.

It will not do to ask for further extensions. Firm dates must be established and abided by with respect to further proceedings in this case.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC:   Court File